# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

MITSY LYNN WELCH, )
)
Plaintiff, )
)
v. ) Case No. 3:26-cv-05034-MBB
)
CITY OF CARTHAGE, )
)
Defendant. )

## ORDER

Before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* on appeal. (**Doc. 187**). A motion to proceed *in forma pauperis* on appeal must be by affidavit. **29 U.S.C. § 1915(a)(1)**; **FED. R. APP. P. 24(a)(1)**. The affidavit must "(A) show[] in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claim[] an entitlement to redress; and (C) state[] the issues that the party intends to present on appeal." **FED. R. APP. P. 24(a)(1)(A)-(C)**. Here, Plaintiff's motion is approximately thirty pages. Those pages include a form for proceeding in District Court *in forma pauperis*.[1] (**Doc. 187**). But not Form 4. While the form Plaintiff used may satisfy Rule 24(a)(1)(A), it lacks a claim that she is entitled to redress and fails to state the issues she intends to present on appeal. *See* **FED. R. APP. P. 24(a)(1)(B), (C)**. Other pages of the motion contain allegations that may satisfy Rules 24(a)(1)(B) and (C). (**Doc. 187**, pp. 2-3). But those allegations were not by affidavit. (**Doc. 187**, pp. 1, 3). Therefore, the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. Should the Plaintiff desire to proceed with her appeal, the Court directs Plaintiff to either pay the

---

[1] The form is found within the motion twice. Pages are also out of order and some are illegible. (**Doc. 187**, pp. 8-14, 28-30).

$605 appellate filing and docketing fee or seek leave to proceed *in forma pauperis* with the United States Court of Appeals for the Eighth Circuit.

    **IT IS SO ORDERED.**

s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: <u>May 22, 2026</u>