26-1880  Mitsy Welch v. City of Carthage, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/27/2026

**Case Name:**    Mitsy Welch v. City of Carthage, et al
**Case Number:**  26-1880

**Docket Text:**
MOTION to stay proceedings filed by Appellant Mitsy Lynn Welch w/service 05/27/2026.
(originally filed in entry [5644553] on 5/27/2026) [5644982] [26-1880]

**The following document(s) are associated with this transaction:**
Document Description:  Motion to Stay

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mitsy Lynn Welch: ozarkseer13@gmail.com