# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1880

Rev Mitsy Lynn Welch

Appellant

v.

City of Carthage, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:26-cv-05034-MBB)

_____

**ORDER**

Mitsy Lynn Welch's motion to stay proceedings is hereby ordered taken with the case for

consideration by the panel to which this case is submitted for disposition on the merits.

May 28, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler