UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
MITSY LYNN WELCH, Plaintiff, v.
CITY OF CARTHAGE, MISSOURI, et al., Defendants. Case No. 3:26-cv-05024-MDB
PLAINTIFF'S MOTION FOR AN EVIDENTIARY HEARING

Plaintiff, Mitsy Lynn Welch, proceeding pro se, respectfully moves this Court to schedule an evidentiary hearing regarding the claims in this matter. In support of this Motion, Plaintiff states as follows:

On April 24, 2026, the Honorable United States Magistrate Judge issued a Report and Recommendation recommending dismissal of this action.

Plaintiff maintains that the operative complaint contains meritorious legal claims that are supported by just, substantial, and credible evidence.

A physical or oral evidentiary hearing is necessary to properly present this evidence to the Court, clarify the factual record, and demonstrate that Plaintiff's claims are plausible and not frivolous.

Denial of a hearing to present this critical proof would severely prejudice the Plaintiff's right to due process and a fair opportunity to be heard.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and schedule an evidentiary hearing at the earliest available date.

Dated: May 29, 2026
Respectfully submitted,
Reverend Mitsy Welch