Prepared Statement to the Court

"Your Honor,

I have the utmost respect for this court, your wisdom, and the legal process. I am not an expert in court procedures, but this difficult experience has taught me just how vital the law is. I am deeply grateful for your patience with me as I learn.

My primary concern as a citizen is ensuring that due process and absolute transparency are strictly followed. Our system is at its best when every side is thoroughly and fairly heard. This right to a voice belongs to everyone—whether they are a nine-to-five worker or a president. That voice, and the transparency of the process, is the very foundation of the freedoms we fight for.

In my own life, transparency is what has protected my integrity, kept me from being silenced, and allowed me to stand before you today. When we lose transparency, we lose trust.

I implore this court to remember that the right to speak and be heard is what unites us as a country. I pray that our leadership and our courts continue to guide us with that transparency, giving every individual their fair chance, so that we can find peace and unity in the law.

Thank you for your time, your discretion, and for allowing my voice to be heard today.

Respectfully submitted," Reverend Mitsy Welch