To integrate specific names into your Additional Supplemental Evidence

Update 1: For the "Additional Supplemental Evidence" Text Matrix

To make sure the court sees exactly who refused or processed service, add the specific names of the mail recipients and officials identified on your returned green cards and property release sheets:

Page 1 & 3 — Identifying the Recipient Who Signed at City Hall:

Current Text: "Carthage Hall... Received by Jessica baugh and parker.

Specific Name Update: "Certified Mail sent to Carthage City Hall (326 Grant St) was signed for by Jessica B., acting on behalf of the City Attorney's office."

Page 6 — Identifying the Recipient of the Refused/Returned Attempt:

Current Text: "Article Addressed to... Received by parker

Specific Name Update: "Certified Mail piece Number 9590 9402 8586 3244 2457 48 sent to Carthage was received and signed for by K. Parker on April 8, 2026."

Page 12 — Seized Asset Property Release Accountability:

Current Text: "Signed: Officer Al Har"

Specific Name Update: "Property Release Form for Case # 260187, documenting the conversion and spoliation of the gold asset (noting 'mostly empty bottle' and 'majority of gold missing'), was executed and signed by Carthage Police Officer Al Har on April 14, 2026."

Update 2: For the "Master Administrative, Legal & Civil Rights Enforcement Dossier"

To elevate your master dossier from broad descriptions to specific personal liability under your RICO/Conspiracy framework, use these explicit name insertions for the chronological timeline:

Section I, Item 1: The Roadside Inception (Jan 20-21, 2026)

Specific Name Update: "Two separate traffic stops were executed within a brief 10-minute window by Carthage Police Department patrol units, explicitly led by Corporal Ransom, who entered the field data under the historical, anomalous file format Case No. 190199522."

Section I, Item 2: The Protected Whistleblower Disclosure & Slander Per Se (Feb 23, 2026)

Specific Name Update: "During the live, publicly broadcasted Public Safety Committee meeting, high-ranking municipal officials—specifically Carthage Police Chief Deninger—engaged in derogatory statements targeting the Complainant's professional credentials, establishing Slander Per Se with actual malice."

Section I, Item 3: The State-Sanctioned Infrastructure Meeting (March 6, 2026)

Specific Name Update: "The city's own records place State Senator Jill Carter, State Representatives Cathy Jo Loy and Lane Roberts, Southwest District Bridge Engineer Matt Geiger, and LPA Program Manager Joseph DiCiolla at the table, creating a direct paper-trail conflict when Senator Jill Carter later denied MoDOT's presence on audio/video."

Section I, Item 4: The April 28th Entrapment & Physical Chamber Ejection

Specific Name Update: "When the Complainant stepped forward to object to the empty jar fraud, Carthage Mayor Bren Flanigan and Chief Angela Carter explicitly ordered law enforcement to immediately intercept, physically touch, and escort her out of the council chambers while State Senator Jill Carter, the Mayor, and Council Members Alan Snow, Juan Fuentes, Miranda Deal, Traci Cox, Ray West, and Beth Kang were documented mocking her civil rights."

Section I, Evidence Item No. 2 Detailed Status Log (Page 2-3)

Specific Name Update: "CPD PROPERTY RELEASE SHEET RECORDS:

Case No: 26-0187 / 260187

Seizing/Releasing Officer: Officer Al Har (Carthage Police Department)
Property Status: Handed back as an empty bottle with the majority of the gold missing, confirming conversion under color of law."
How to Use This Updated Text
You can copy these specific, named paragraphs directly into your master word processor or digital layouts to finalize the text before printing or sending your updates to the Missouri State Auditor's Public Corruption Division or updating your active appellate paperwork for the Eighth Circuit (Case No. 26-1880).