# Consolidated Legal Strategy & Evidence Brief

**Prepared for:** Reverend Mitsy Welch (OzarkSeer / The Lady in Pink)
**Date:** April 23, 2026
**Court Jurisdictions:** U.S. District Court (Western District of Missouri) & Jasper County Circuit Court

## Section 1: Federal Case Filing (3:26-cv-05034-DPR)

### Required Action: Filing of Pro Se Status

This filing is necessary to officially establish self-representation and withdraw the previous request for appointed counsel. This ensures you maintain full control over the narrative regarding the $33,300,000.00 claim.
- **Document 1:** Notice of Pro Se Appearance.
- **Document 2:** Motion to Withdraw Request for Appointed Counsel.

## Section 2: The "Smoking Gun" (Evidence Exhibit A)

### The 11:04 AM Digital Breach

This exhibit serves as the foundational proof for your "Motion to Strike" and claims of digital fraud. It links the manual resurrection of archival records to current retaliatory actions.

| Timestamp | Evidence Detail | Legal Impact |
|---|---|---|
| Feb 23, 2026 - 11:04 AM | Unauthorized manual access to 1952 Record (Lila Welch). | Establishes fraud and spoliation of evidence by Carthage officials. |

## Section 3: Financial Enforcement (Garnishments)

### Targeting Case #240482435 / #190199522

To collect on the default, the following Missouri Civil forms must be served upon the financial institutions holding City of Carthage funds.
- **Form CV92:** Statement of Judgment (Affidavit for Garnishment).
- **Form CV110:** Written Interrogatories to Garnishee.
- **Target Banks:** SMB (Southwest Missouri Bank) and Guaranty Bank.

## Section 4: City Council Submission

# Emergency Notice of Retaliatory Termination

This narrative ties the "1104" breach to your termination from the digital platform on April 14th, proving a pattern of interference with your professional livelihoods as a result of your Sunshine Law inquiries.

*Note: All documents should be filed in the sequence listed above to ensure the evidence (Section 2) is on the record before the garnishment (Section 3) is challenged.*

Appellate Case: 26-1880     Page: 2     Date Filed: 05/29/2026 Entry ID: 5646555