26-1880  Mitsy Welch v. City of Carthage, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/29/2026

**Case Name:**    Mitsy Welch v. City of Carthage, et al
**Case Number:**  26-1880

**Docket Text:**
DOCUMENT FILED - various documents regarding evidence filed by Mitsy Lynn Welch
w/service 05/29/2026. (originally filed in entry [5645849] on 5/29/2026) [5646555] [26-1880]

**The following document(s) are associated with this transaction:**
Document Description:  Statement to Court
Document Description:  Evidence Summary
Document Description:  Additional Supplemental Evidence
Document Description:  Table of Evidence
Document Description:  Exhibit Packet
Document Description:  Legal Strategy

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mitsy Lynn Welch: ozarkseer13@gmail.com