# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1880

Rev Mitsy Lynn Welch

Appellant

v.

City of Carthage, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:26-cv-05034-MBB)

---

## ORDER

Mitsy Lynn Welch's motion for evidentiary hearing is hereby ordered taken with the case

for consideration by the panel to which this case is submitted for disposition on the merits.

June 02, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler