# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 03, 2026

Mitsy Lynn Welch
405 N. Conner Avenue
Joplin, MO  64801

      RE:  26-1880  Mitsy Welch v. City of Carthage, et al

Dear Mitsy Lynn Welch:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                 Susan E. Bindler
                                 Clerk of Court

CRJ

Enclosure(s)

cc:    Paige A. Wymore-Wynn

        District Court/Agency Case Number(s):  3:26-cv-05034-MBB