# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

No.  26-1880

———————————

Rev Mitsy Lynn Welch

Plaintiff - Appellant

v.

City of Carthage; Mayor Unknown Flanigan; Alan Snow; Juan Fuentes; Miranda Deal; Traci Cox; Chief Unknown Dinigen; Unknown Ransom; Sgt Unknown Adams; Jon Gold; Amy Taylor; Ray West; Beth Kang; Fire Chief; Fire Chief Secretary

Defendants - Appellees

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:26-cv-05034-MBB)

## JUDGMENT

Before GRUENDER, KELLY, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the motion to proceed on appeal in forma pauperis is granted and the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

Appellant's remaining pending motions are denied as moot.

June 03, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler