26-1880 erj

I know that y'all dismissed my case yet it is still important however due to fact they are finally willing to talk to me I will be hopefully entering into a settlement agreement in near future. I am disappointed by the process in judicial and also in his matter entirely but it's affect on my and others health is just too much. Thank you. Mitst welch