# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1880

Rev Mitsy Lynn Welch

Appellant

v.

City of Carthage, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:26-cv-05034-MBB)

---

## MANDATE

In accordance with the judgment of June 3, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

June 25, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit